UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00195-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. SHYLA JESSIE STAR JONES,
   *a/k/a Michelle,*
**2. ANTHONY WRIGHT,**
   *a/k/a T,  a/k/a Rose,*
3. JAMAAL BURTON,
4. ROOSEVELT FREEMAN,

       Defendants.

---

# ORDER

---

**THIS MATTER** comes before the Court on Defendant Anthony Wright's Unopposed Motion for an Extension of Time Within Which to File Pretrial Motions **(#38)** and Unopposed Motion to Vacate July 14, 2006 Motions Hearing Date and August 7th, 2006 Trial Date and To Reset the Motions Hearing and Trial Date After Consultation With All Counsel, or, Alternatively to Appoint New Counsel to Represent Defendant Wright **(#39)**.  The Court having reviewed the foregoing,

**ORDERS** docket **#38** and **#39** to be heard at the Motions Hearing scheduled for **July 14, 2006 at 8:30 a.m.**  With respect to Defendant Wright's request for appointment of new CJA counsel, the request is **GRANTED**.

Dated this 21st day of June 2006.

                                **BY THE COURT:**

                                _/s/ Marcia S. Krieger_

                                Marcia S. Krieger
                                United States District Judge