UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00195-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. SHYLA JESSIE STAR JONES,
   *a/k/a Michelle,*
2. ANTHONY WRIGHT,
   *a/k/a T,  a/k/a Rose,*
3. JAMAAL BURTON,
4. ROOSEVELT FREEMAN,

        Defendants.

## ORDER DIRECTING USE OF COMPLETE CAPTION

**IT IS ORDERED** that all documents filed by the parties shall contain the complete caption of this case listing all Defendants. The name of any Defendant to whom the document pertains shall be in bold print.

Dated this 27th day of June, 2006

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge