UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00195-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **SHYLA JESSIE STAR JONES,**
   *a/k/a Michelle,*
2. **ANTHONY WRIGHT,**
   *a/k/a T,  a/k/a Rose,*
3. **JAMAAL BURTON,**
4. ROOSEVELT FREEMAN,

       Defendants.

---

## ORDER RESCHEDULING HEARING

---

Due to an emergency scheduling conflict, the hearing previously set for **July 14, 2006 at 8:30 a.m**. is hereby reset to **July 18, 2006 at 3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 10th day of July, 2006.

       **BY THE COURT:**

       */s/ Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge