IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00195-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **SHYLA JESSIE STAR JONES,**
 a/k/a Michelle,
2. **ANTHONY WRIGHT,**
 a/k/a T, a/k/a Rose,
3. JAMAAL BURTON,
4. ROOSEVELT FREEMAN,

       Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Disclose Grand Jury Material To Defendants **(#57)**, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).

**HAVING REVIEWED** the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

**ORDERED** that the government's Motion to Disclose Grand Jury Material to Defendants **(#57)** is **GRANTED**, and that grand jury testimony and grand jury documents may be disclosed to defendants and their attorneys in the course of discovery in this case. It is further

**ORDERED** that such materials shall only be used in defending this case; that such materials are disclosed only to defendants and their attorneys; that the defense attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same.

-2-

Dated this 11th day of July, 2006.

                                              **BY THE COURT:**

                                              *[signature: Marcia S. Krieger]*
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge