UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00195-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SHYLA JESSIE STAR JONES,
   *a/k/a Michelle,*
2. ANTHONY WRIGHT,
   *a/k/a T,  a/k/a Rose,*
3. JAMAAL BURTON,
4. ROOSEVELT FREEMAN,

      Defendants.

---

## ORDER CONVERTING PRETRIAL CONFERENCE TO MOTIONS HEARING

---

**IT IS ORDERED** that the final pretrial conference set for September 5, 2006 at 4:00 p.m. is **CONVERTED** to a non-evidentiary motions hearing.  Counsel shall bring their calendars and be prepared to set the Motion to Suppress **(#84)** for an evidentiary hearing.

Dated this 31st day of August, 2006

BY THE COURT:

Marcia S. Krieger
United States District Judge