UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00195-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. SHYLA JESSIE STAR JONES,
   *a/k/a Michelle,*
2. ANTHONY WRIGHT,
   *a/k/a T,  a/k/a Rose,*
3. JAMAAL BURTON,
4. ROOSEVELT FREEMAN,

       Defendants.

---

## ORDER REASSIGNING CASE

---

THIS MATTER comes before the Court, *sua sponte*.  In order to accommodate the rights of the Defendants to a speedy trial and with the authorization of Chief Judge Lewis T. Babcock, pursuant to D.C.COLO.LCrR 50.1(A) this matter is reassigned to Circuit Judge David M. Ebel.

Dated this 16th day of November, 2006

BY THE COURT:

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge