**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO
Honorable David M. Ebel**

Criminal Action No. 06-cr-00195-DME

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     SHYLA JESSIE STAR JONES,
      *also known as Michelle*,
2.     ANTHONY WRIGHT,
      *also known as T, also known as Rose*,

      Defendants.

_____

**ORDER SETTING FINAL TRIAL PREPARATION CONFERENCE**
_____

      THIS MATTER comes before the court, having been reassigned.

      **IT IS HEREBY ORDERED:**

      Pretrial preparation will continue to be conducted generally pursuant to the Setting and Trial Preparation Order previously entered by the Court on June 8, 2006. This Order may not be modified by agreement of the parties. Upon timely application, however, either or both parties may seek modification as may be necessary to meet a *bona fide* emergency, to avoid irreparable injury or harm, or as may otherwise be necessary to do substantial justice.

### A.  TRIAL AND TRIAL PREPARATION SETTINGS

This matter has been scheduled for **jury trial** on the docket of Judge David M. Ebel in the U.S. District Courthouse Courtroom A201, 2d Floor (Byron G. Rogers Courthouse), 1929 Stout Street, Denver, Colorado, to commence on **December 11, 2006 at 8:30 a.m.**  The Final Trial Preparation Conference is set for a one-half hour hearing on **December 7, 2006 at 2:00 p.m.**  The parties are expected to be fully prepared for trial at that time.  The Defendants and lead counsel who will try the case shall attend.

### B.  MOTIONS DEADLINES

The motions deadlines have already passed.

### C.  PLEA AGREEMENTS

Local Rule D.C.COLO.LCrR 11.1 is applicable in this matter.  A Notice of Disposition shall be filed **no later that 14 days** before the above stated trial date.

### D.  TRIAL PREPARATION REQUIREMENTS

**1. Conflicts in Scheduling**.  Continuances of the trial will be granted only in truly exceptional circumstances upon grounds satisfying the provisions of the Speedy Trial Act.

**2. Motions and Jury Instructions.**  All motions *in limine* and jury instructions must be filed and served **at least one week** prior to the final trial preparation conference.  Responses to motions shall be filed at least **48 hours** prior to the conference.  In accordance with the Practice Standards - Criminal posted on the Court website, please ensure that courtesy copies of motions and

responses reach chambers.  Motions *in limine* may be considered at the conference as will other outstanding pretrial motions.

Counsel should confer as to the required jury instructions prior to submission to avoid duplication.  Jury instructions can be submitted as stipulated instructions or separately as proposed instructions.  All proposed instructions shall be submitted double-spaced via email to Ebel_Chambers@ca10.uscourts.gov.  All instructions submitted should contain language which is gender neutral or gender correct.  Instructions should contain the caption "Instruction No. ____," and the instruction itself, with no other titles, numbers, or authority.

**3. Witness List.**  At conference, the Government shall submit an original and three copies of the final Witness List (form available at www.co.uscourts.gov) to the court and one copy to each Defendant, unless previously provided.  Please be sure that first and last names are spelled correctly (using capital letters only for proper names) and that any changes in name have been noted, as one copy will be available to the court reporter to avoid the necessity of asking for the spelling of the witness' name.

**4. Exhibit List.**  At conference, the Government shall also submit an original plus three copies of the final Exhibit List (form available at www.co.uscourts.gov) to the Court and one copy to each Defendant, unless previously provided.

If exhibits are to be presented by CD, they shall be labeled thereon. If they are to be presented in hard copy, labels should be affixed prior to trial. Exhibit Labels shall be used by both parties, and may be obtained from the Clerk's Office in Room A105 of the Alfred A. Arraj Courthouse. The Government's exhibits should be marked with the yellow labels, using numbers. (The Defendants' exhibits shall be marked with the blue labels, using A1 through 99, B1 through 99, etc.) The criminal action number shall also be placed on each of the exhibit stickers. All paper exhibits shall be bound, such as in three-ring notebooks or folders, and the notebook or folder labeled with the following information: (1) caption, (ii) charges, (iii) scheduled date and time, (iv) party's name and designation and (v) "original" or "copy," and delivered to the courtroom deputy clerk at the final trial preparation conference. Demonstrative exhibits, documents used to refresh memory, and written Stipulations of Fact shall also be marked as exhibits.

     **5. *Voir Dire* Questions**. The Court will conduct *voir dire* which will be composed of its own questions and those submitted by counsel. Proposed *voir dire* questions must be presented and exchanged at the final trial preparation conference.

     **6. Terminology.** At the final trial preparation conference, parties shall also submit an original and three copies of a glossary of any unusual or technical terminology. The glossary should also include names of persons who will be

mentioned during the course of trial but are not parties to the litigation. Capitalize proper names only.

**7. Video and Special Equipment.**  If you intend to use electronic equipment, advise the courtroom deputy clerk **no later than two weeks** before trial.

**8. Trial Briefs.**  Please advise the Court at the final trial preparation conference if you wish to file trial briefs, which may not be filed unless authorized by the Court.  Briefs requested shall be filed on a date set by the Court.  Unless otherwise specified, trial briefs shall be limited to 5 pages.

**9. Issues to be addressed at the Pretrial Conference.**  The parties shall be prepared to address the following issues:

    1) jury selection, including the need for a special jury panel and whether the parties desire the use of a jury questionnaire;

    2) sequestration of witnesses;

    3) presentation of exhibits to the jury;

    4) timing of presentation of witnesses and evidence;

    5) anticipated evidentiary issues (need for scheduling of hearings outside the presence of the jury);

    6) any stipulations as to fact or law; and

    7) any other issue affecting the duration or course of the trial.

DATED: November 21, 2006.

                              BY THE COURT:

                              */s/ David M. Ebel*

                              _____
                              David M. Ebel
                              United States Circuit Judge