IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL

Criminal Action No. 06-cr-00195-DME

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Suneeta Hazra |
| | Habib Nasrullah |
| Plaintiff, | |
| v. | |
| 1. SHYLA JESSIE STAR JONES, a/k/a Michelle, | LaFonda Jones |
| 2. ANTHONY WRIGHT, a/k/a T, a/k/a Rose, | Clifford J. Barnard |
| Defendants. | |

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS, DEPOSITIONS, AND PHYSICAL EVIDENCE**

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits, depositions and physical evidence until such time as all need for the exhibits, depositions, and physical evidence has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this ___ day of December, 2006.

BY THE COURT:

David M. Ebel, Judge

Counsel for Government         Counsel for Defendants

[FILED stamp: UNITED STATES DISTRICT COURT DENVER, COLORADO, DEC 14 2006, GREGORY C. LANGHAM, CLERK]