**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Circuit Judge David M. Ebel**

Civil Action No. 09-cv-01140-DME
Criminal Action No. 06-cr-00195-DME

UNITED STATES OF AMERICA,

v.

2.   ANTHONY WRIGHT,

   Movant.

---

**ORDER DIRECTING MOVANT TO CURE DEFICIENCY**

---

Movant, Anthony Wright, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Prison Camp in Florence, Colorado. He has submitted *pro se* a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and a supporting brief. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this order. Movant will be directed to cure the following if he wishes to pursue his claims. Any papers that Movant files in response to this order must include the civil action number on this order.

**Complaint, Petition or Application**:
(1)  ___  is not submitted
(2)  ___  is not on proper form (must use the court's current form)
(3)  ___  is missing an original signature by the prisoner
(4)  ___  is missing page nos. ___
(5)  ___  uses et al. instead of listing all parties in caption
(6)  ___  An original and a copy have not been received by the court. Only an original has been received.
(7)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.

(8)   __   names in caption do not match names in text
(9)   XX   other only Movant should sign and be listed in the caption to the § 2255 motion to vacate

Accordingly, it is

ORDERED that Movant cure the deficiency designated above **within thirty (30) days from the date of this order**.  Any papers that Movant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the Court mail to Movant, together with a copy of this order, two copies of the following form to be used in submitting an amended 28 U.S.C. § 2255 motion:  Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.  It is

FURTHER ORDERED that, if Movant fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the motion to vacate and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this  22nd  day of   May  , 2009.

BY THE COURT:

*s/ David M. Ebel*

DAVID M. EBEL,
Senior United States Circuit Judge